IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOSE ARMANDO MIRANDA , | ) | CV 14-00536 LEK-RLP |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN RAY ORMOND, | ) | |
| DEPARTMENT OF HOMELAND | ) | |
| SECURITY , | ) | |
| | ) | |
| Respondents. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties

on May 20, 2015, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28,

United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Deny Petition Under 28 U.S.C.§ 2241 for a Writ of Habeas

Corpus" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED AT HONOLULU, HAWAII, June 10, 2015.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge